**AO-10**
**Rev. 1/89**

# FINANCIAL DISCLOSURE REPORT

Annual Report Due by May 15 from Judicial Officers and certain Judicial Employees (28 USCA App. I, §§ 301-09)

| Person Reporting (Last name, first, middle initial) | Court or Organization | Date of Report |
|---|---|---|
| SHUBB, WILLIAM B. | U.S. District Court for the Eastern District of California | 8/6/90 |

| Title | Date of Entry/Nomination/Termination (only if initial or final report) | Reporting Period (Calendar year, or inclusive dates) |
|---|---|---|
| U.S. District Judge | 8/3/90 | 1/1/89 to 8/6/90 |

Home or office address
300 Capitol Mall, Suite 1700
Sacramento, CA 95814

IMPORTANT NOTES: *Please read the instructions accompanying this form. The report should include information pertaining to your spouse and dependent children, if any. Attach additional sheets if needed, identifying each attachment by showing your name, the date of the report, and the section(s) being completed. Complete all sections, checking the NONE box for each section where you have no reportable information. Compare and reconcile this report with last year's and list items in the same order as last year. Type or print clearly. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 15-17 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Partner | Diepenbrock, Wulff, Plant & Hannegan |

## II. AGREEMENTS. (Reporting individual only; see p. 17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |
| 1/1/89-present | Diepenbrock, Wulff, Plant & Hannegan; law partnership |
| 1/1/89-present | Diepenbrock, Wulff, Plant & Hannegan Retirement Savings Plan (HR-10) |

## III. NON-INVESTMENT INCOME. (Partial disclosure for spouse; see pp. 18-20 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1 | Diepenbrock, Wulff, Plant & Hannegan; law practice | $303,756 |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |
| 5 | | $ |

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | SHUBB, WILLIAM B. | 8/6/90 |

## IV. REIMBURSEMENTS and GIFTS--transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

SOURCE | DESCRIPTION

[x] NONE  (No such reportable reimbursements or gifts)

## V. OTHER GIFTS.  (Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

SOURCE | DESCRIPTION | VALUE

[x] NONE  (No such reportable gifts)

$ _____

$ _____

$ _____

$ _____

## VI. LIABILITIES.  (Includes those of spouse and dependent children; see pp. 22-24 of Instructions.)

CREDITOR | DESCRIPTION | VALUE CODE*

[x] NONE  (No reportable liabilities)

| * VALUE CODES: | J = $0 to $1,000 | K = $1,001 to $5,000 | L = $5,001 to $15,000 | M = $15,001 to $50,000 |
|---|---|---|---|---|
| | N = $50,001 to $100,000 | O = $100,001 to $250,000 | P = over $250,000 | |

Digitized by Google

Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| SHUBB, WILLIAM B. | 8/6/90 |

## VII. INVESTMENTS and TRUSTS--Income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period | | C. Gross value at end of period | | D. Transactions during period (Reporting individual and spouse) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code (A-H) | Type (e.g. div.) | Value Code (J-P) | Value Method Code (Q-W) | Type (e.g. sold) | Date Month-Day | Value Code (J-P) | Gain Code (A-H) | Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 BANK ACCOUNTS | | | | | | | | | |
| 2 Bank of America (Checking) | B | Int | L | T | | | | | |
| 3 Bank of America (Savings) | B | Int | L | T | | | | | |
| 4 1st Federal Credit Union | A | Int | J | T | | | | | |
| 5 ANNUITIES | | | | | | | | | |
| 6 North American Security Life | C | Int | L | T | | | | | |
| 7 First Capitol VIP | D | Int | M | T | | | | | |
| 8 LIMITED PARTNERSHIPS | | | | | | | | | |
| 9 Westin Hotels ($5,000 - 8/8/86) | B | Income | K | U | | | | | |
| 10 U.S. Windpower | A | Income | K | W | | | | | |
| 11 SCA Tax Exempt | D | Income | M | T | | | | | |
| 12 Red Lion ($10,000 - 4/7/87) | C | Income | L | U | | | | | |
| 13 Century Hillcreste ($10,000 - 9/29/88) | C | Income | L | U | | | | | |
| 14 MUTUAL FUNDS | | | | | | | | | |
| 15 Franklin Calif. Tax Free | B | Div | K | T | | | | | |
| 16 Shearson Calif. Tax Free | B | Div | M | T | | | | | |
| 17 Shearson Calif. Tax Free | B | Div | J | T | | | | | |
| 18 CERTIFICATES OF DEPOSIT | | | | | | | | | |
| 19 First Deposit National Bank | C | Int | J | T | | | | | |
| 20 | | | | | | | | | |

| 1 Income/Gain Codes: | A = exempt ($0 to $100) | B = $101 to $1,000 | C = $1,001 to $2,500 | D = $2,501 to $5,000 |
|---|---|---|---|---|
| | E = $5,001 to $15,000 | F = $15,001 to $50,000 | G = $50,001 to $100,000 | H = over $100,000 |
| 2 Value Codes: | J = exempt ($0 to $1,000) | K = $1,001 to $5,000 | L = $5,001 to $15,000 | M = $15,001 to $250,000 |
| | N = $50,001 to $100,000 | O = $100,001 to $250,000 | P = over $250,000 | |
| 3 Value Method Codes: | Q = Appraisal | R = Cost (real estate only) | S = Assessed value | T = Cash/market |
| | U = Book value | V = Other | W = Estimated | |

| ...ANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting SHUBB, WILLIAM B. | Date of Report 8/6/90 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS--Income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period | | C. Gross value at end of period | | D. Transactions during period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code (A-H) | Type (e.g. div.) | Value Code (J-P) | Value Method Code (Q-W) | Type (e.g. sold) | Date: Month-Day | Value Code (J-P) | Gain Code (A-H) | Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| ¹COMMON STOCK | | | | | | | | | |
| ² Washington Energy | B | Div | L | T | | | | | |
| ³STOCK OPTIONS | | | | | | | | | |
| ⁴Bramont June 45 calls | B | Cap. Gain | J | T | | | | | |
| ⁵Johnson & Johnson July 60 calls | B | Cap. Gain | J | T | | | | | |
| ⁶MMM July 85 calls | B | Cap. Gain | J | T | | | | | |
| ⁷MUNICIPAL BONDS | | | | | | | | | |
| ⁸LA Convention Center 0% 12/1/97 | A | Int | M | T | | | | | |
| ⁹LA Convention Center 0% 12/1/98 | A | Int | L | T | | | | | |
| ¹⁰LA Convention Center 0% 12/1/99 | A | Int | L | T | | | | | |
| ¹¹S.F. RDA Moscone Center 0% 7/1/00 | A | Int | M | T | | | | | |
| ¹²S.F. RDA Moscone Center 0% 7/1/01 | A | Int | M | T | | | | | |
| ¹³ IRA I | | | | | | | | | |
| ¹⁴ COMMON STOCK | | | | | | | | | |
| ¹⁵ Utilicorp | B | C:Gain/ Div | J | T | | | | | |
| ¹⁶ Washington Energy | A | Div | K | T | | | | | |
| ¹⁷ MUTUAL FUNDS | | | | | | | | | |
| ¹⁸Shearson Daily Dividend | A | Div | J | T | | | | | |
| ¹⁹ | | | | | | | | | |
| ²⁰ | | | | | | | | | |

1 Income/Gain Codes: A = exempt (S0 to $100)   B = $101 to $1,000   C = $1,001 to $2,500   D = $2,501 to $5,000
E = $5,001 to $15,000   F = $15,001 to $50,000   G = $50,001 to $100,000   H = over $100,000
2 Value Codes: J = exempt (S0 to $1,000)   K = $1,001 to $5,000   L = $5,001 to $15,000   M = $15,001 to $50,000
N = $50,001 to $100,000   O = $100,001 to $250,000   P = over $250,000
3 Value Method Codes: Q = Appraisal   R = Cost (real estate only)   S = Assessed value   T = Cash/market
U = Book value   V = Other   W = Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | SHUBB, WILLIAM B. | 8/6/90 |

## VII. INVESTMENTS and TRUSTS--Income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period | | C. Gross value at end of period | | D. Transactions during period (Reporting individual and spouse) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code (A-H) | Type (e.g., div.) | Value Code (J-P) | Value Method Code (Q-W) | Type (e.g., sold) | If not exempt from disclosure | | | |
| | | | | | | Date Month-Day | Value Code (J-P) | Gain Code (A-H) | Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 IRA II | | | | | | | | | |
| 2 MONEY MARKET | | | | | | | | | |
| 3 Liquid Asset Fund | B | Int | J | T | | | | | |
| 4 COMMON STOCK | | | | | | | | | |
| 5 Public Storage #17 | A | Div | K | T | | | | | |
| 6 BONDS | | | | | | | | | |
| 7 Zero Coupon Bond 8/15/91 | A | Int | K | T | | | | | |
| 8 Zero Coupon Bond 11/15/96 | A | Int | L | T | | | | | |
| 9 IRA (Joint) | | | | | | | | | |
| 10 MONEY MARKET | | | | | | | | | |
| 11 Liquid Asset Fund | D | Int | M | T | | | | | |
| 12 IRA (Wife) | | | | | | | | | |
| 13 MONEY MARKET | | | | | | | | | |
| 14 Liquid Asset Fund | A | Int | J | T | | | | | |
| 15 COMMON STOCK | | | | | | | | | |
| 16 Pacific Enterprises | B | Div | J | T | | | | | |
| 17 BONDS | | | | | | | | | |
| 18 Zero Coupon Bond 8/15/91 | A | Int | L | T | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

1 Income/Gain Codes: A = exempt ($0 to $100)  B = $101 to $1,000  C = $1,001 to $2,500  D = $2,501 to $5,000
E = $5,001 to $15,000  F = $15,001 to $50,000  G = $50,001 to $100,000  H = over $100,000
2 Value Codes: J = exempt ($0 to $1,000)  K = $1,001 to $5,000  L = $5,001 to $15,000  M = $15,001 to $50,000
N = $50,001 to $100,000  O = $100,001 to $250,000  P = over $250,000
3 Value Method Codes: Q = Appraisal  R = Cost (real estate only)  S = Assessed value  T = Cash/market
U = Book value  V = Other  W = Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | SHUBB, WILLIAM B. | 8/6/90 |

## . VII. INVESTMENTS and TRUSTS—Income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A. Description of Assets (Including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period | | C. Gross value at end of period | | D. Transactions during period (Reporting individual and spouse) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code [1] (A-H) | Type (e.g., div.) | Value Code [2] (J-P) | Value Method Code [3] (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code [2] (J-P) | Gain Code [3] (A-H) | Identity of buyer/seller (If private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| HR-10 | | | | | | | | | |
| MONEY MARKET | | | | | | | | | |
| Liquid Asset Fund | B | Int | K | T | | | | | |
| MUTUAL FUNDS | | | | | | | | | |
| Dividend Growth Fund | D | Div/ C.Gain | N | T | | | | | |
| Natural Resource Fund | B | Div/ C.Gain | L | T | | | | | |
| U.S. Gov. Security Fund | D | Int | M | T | | | | | |
| COMMON STOCK | | | | | | | | | |
| Public Storage #17 | B | Div | K | T | | | | | |
| American Tel & Tel | B | Div | K | T | | | | | |
| Bristol Myers & Squibb | A | Div | L | T | | | | | |
| Chevron | B | Div | L | T | | | | | |
| Citicorp | B | Div | K | T | | | | | |
| Walt Disney | A | Div | L | T | | | | | |
| Ford Motor | B | Div | L | T | | | | | |
| General Electric | B | Div | L | T | | | | | |
| IBM | B | Div | L | T | | | | | |
| Nordstrom's | A | Div | L | T | | | | | |
| Pacific Enterprises | B | Div | K | T | | | | | |
| Pacific Telesis | B | Div | L | T | | | | | |

1 Income/Gain Codes:  A = exempt ($0 to $100)  B = $101 to $1,000  C = $1,001 to $2,500  D = $2,501 to $5,000
 E = $5,001 to $15,000  F = $15,001 to $50,000  G = $50,001 to $100,000  H = over $100,000
2 Value Codes:  J = exempt ($0 to $1,000)  K = $1,001 to $5,000  L = $5,001 to $15,000  M = $15,001 to $50,000
 N = $50,001 to $100,000  O = $100,001 to $250,000  P = over $250,000
3 Value Method Codes:  Q = Appraisal  R = Cost (real estate only)  S = Assessed value  T = Cash/market
 U = Book value  V = Other  W = Estimated

FINANCIAL DISCLOSURE REPORT (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| SHUBB, WILLIAM B. | 8/6/90 |

## VII. INVESTMENTS and TRUSTS—income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A. Description of Assets (Including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period | | C. Gross value at end of period | | D. Transactions during period (Reporting individual and spouse) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Sierra Pacific Resources | C | Div | L | T | | | | | |
| 2 BONDS | | | | | | | | | |
| 3 Zero Coupon Bond 2/15/92 | A | Int | M | T | | | | | |
| 4 Zero Coupon Bond 11/15/93 | A | Int | M | T | | | | | |
| 5 Zero Coupon Bond 11/15/94 | A | Int | M | T | | | | | |
| 6 Zero Coupon Bond 11/15/95 | A | Int | M | T | | | | | |
| 7 Zero Coupon Bond 11/15/96 | A | Int | M | T | | | | | |
| 8 GNMA I | D | Int | L | T | | | | | |
| 9 GNMA E | B | Int | K | T | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

1 Income/Gain Codes: A = exempt ($0 to $100)  B = $101 to $1,000  C = $1,001 to $2,500  D = $2,501 to $5,000
E = $5,001 to $15,000  F = $15,001 to $50,000  G = $50,001 to $100,000  H = over $100,000
N = $50,001 to $100,000
2 Value Codes: J = exempt ($0 to $1,000)  K = $1,001 to $5,000  L = $5,001 to $15,000  M = $15,001 to $50,000
N = $50,001 to $100,000  O = $100,001 to $250,000  P = over $250,000
3 Value Method Codes: Q = Appraisal  R = Cost (real estate only)  S = Assessed value  T = Cash/market
U = Book value  V = Other  W = Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | SHUBB, WILLIAM B. | 8/6/90 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate section of Report.)

☒ Check to affirm that differences in investments from those reported in prior year are exempt from disclosure.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

Signature _William B. Shubb_          Date  8/4/90

NOTE:     ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (28 U.S.C.A. APP. I, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

1.  Mail signed original and 3 additional copies to:        Judicial Ethics Committee
                                                            Administrative Office of the
                                                            United States Courts
                                                            Washington, DC 20544

2.  Deliver one copy to the Clerk of the Court on which you sit or serve. (Judicial employees not associated with a specific court, such as employees of the Administrative Office and the Federal Judicial Center, need not file a copy with any court.)

Digitized by Google

# FINANCIAL STATEMENT

## NET WORTH

—

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | 76,075 | | Notes payable to banks—secured | 0 | |
| U.S. Government securities—add schedule | 156,260 | | Notes payable to banks—unsecured | 0 | |
| Listed securities—add schedule | 205,170 | | Notes payable to relatives | 0 | |
| Unlisted securities—add schedule | 195,837 | | Notes payable to others | 0 | |
| Accounts and notes receivable: | | | Accounts and bills due | 0 | |
| Due from relatives and friends | 0 | | Unpaid income tax | 0 | |
| Due from others | 0 | | Other unpaid tax and interest | 0 | |
| Doubtful | 0 | | Real estate mortgages payable—add schedule | 24,719 | |
| Real estate owned—add schedule | 207,000 | | Chattel mortgages and other liens payable | 0 | |
| Real estate mortgages receivable | 0 | | Other debts—itemize: | 0 | |
| Autos and other personal property | 135,382 | | | | |
| Cash value—life insurance | 16,514 | | | | |
| Other assets—itemize: | | | | | |
| | | | Total liabilities | 24,719 | |
| | | | Net worth | 967,519 | |
| Total assets | 992,238 | | Total liabilities and net worth | 992,238 | |

| CONTINGENT LIABILITIES | NONE | | GENERAL INFORMATION | | |
|---|---|---|---|---|---|
| As endorser, comaker or guarantor | | | Are any assets pledged? (Add schedule.) | NO | |
| On leases or contracts | | | Are you defendant in any suits or legal actions? | NO | |
| Legal Claims | | | Have you ever taken bankruptcy? | NO | |
| Provision for Federal Income Tax | | | | | |
| Other special debt | | | | | |

As on May 1990.  Does not include liabilities of Diepenbrock, Wulff, Plant & Hannegan, for which I am personally liable as a partner, nor assets of Diepenbrock, Wulff, Plant & Hannegan, in which I share an interest as a partner.

Digitized by Google